UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

| | | |
|---|---|---|
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNSEL, NATIONAL PARKS CONSERVATION ASSOCIATION, | : | Case No.: 03-CV-23427-CIV-HOEVELER |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **UPDATED NOTICE OF APPEARANCE** |
| | : | |
| ROBERT B. FLOWERS, Chief of Engineers, U.S. Army Corps of Engineers, and STEVE WILLIAMS, Director, U.S. Fish and Wildlife Service, | : | |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE THAT undersigned counsel hereby file this updated notice of

appearance for proposed intervening Defendants Miami-Dade Limestone Products Association,

Inc., Vecellio & Grogan, Inc., Tarmac America LLC, Florida Rock Industries, Inc., Sawgrass

Rock Quarry, Inc., and APAC-Florida, Inc.  These parties are represented by the following:

Douglas M. Halsey, Esq.
T. Neal McAliley, Esq.
WHITE & CASE LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida  33131-2352
Phone:   305/371-2700
Fax:       305/358-5744

and

George J. Terwilliger, III
WHITE & CASE LLP
601 Thirteenth Street, N.W.
Suite 600 South
Washington, D.C.  20005-3807
Phone:   202/626-3600
Fax:       202/639-9355



Case No.:  03-CV-23427-CIV-HOEVELER

Please include counsel identified herein on copies of all pleadings, correspondence, orders and

other documents served in this matter.

WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, Florida  33131-2352
Phone: 305/371-2700
Fax:    305/358-5744

By:_____
     T. Neal McAliley, Esq.
     Fla. Bar No.:  172091

Case No.: 03-CV-23427-CIV-HOEVELER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S.

Mail on this 3rd day of February, 2004 upon:

Paul J. Schwiep, Esq.
ARAGON, BURLINGTON, WEIL,
SCHWIEP, KAPLAN & BLONSKY, P.A.
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, Florida 33133
Phone:    305/858-2900
Fax:        305/858-5261
Counsel for Plaintiffs

Mark Arthur Brown, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369 – Ben Franklin Station
Washington, D.C. 20044
Phone:    202/305-0204
Fax:        202/514-0097
Counsel for Federal Defendants

Lawrence R. Liebesman, Esq.
Rafe Petersen, Esq.
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006-1816
Phone:    202/955-3000
Fax:        202/955-5564
Counsel for Rinker Materials of Florida, Inc.

Jonathan R. Lovvorn, Esq.
MEYER & GLITZENSTEIN
Suite 700
1601 Connecticut Avenue, N.W.
Washington, D.C. 20009
Fax:        202/588-5049
Counsel for Plaintiffs

WHITE & CASE, LLP

T. Neal McAliley, Esq.