UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | ) |
| Plaintiffs, | ) Civ. No. 03-23427(WMH) |
| v. | ) |
| ROBERT B. FLOWERS, et al., | ) |
| Defendants. | ) |

### SCHEDULING ORDER

This matter having come before the Court for a Status Conference on April 2, 2004, it is

ORDERED that this case shall proceed on the following schedule:

| | |
|---|---|
| Defendants' Amended Answers | April 30, 2004 |
| Federal Defendants' Supplemental Administrative Record | April 30, 2004 |
| Plaintiffs' Motion for Summary Judgment | May 10, 2004 |
| Federal Defendants' Combined Opposition and Cross-Motion for Summary Judgment and/or to Dismiss | June 7, 2004 |
| Defendant-Intervenors' Combined Opposition and Cross-Motion for Summary Judgment and/or to Dismiss | June 14, 2004 |
| Plaintiffs' Combined Opposition to Defendants' and Defendant-Intervenors' Cross-Motions for Summary Judgment and or to Dismiss, and Reply in Support of Motion for Summary Judgment | July 2, 2004 |
| Federal Defendants' Reply in Support of Cross Motion For Summary Judgment and/or to Dismiss | July 16, 2004 |
| Defendant-Intervenors' Reply in Support of Cross-Motion For Summary Judgment and/or to Dismiss | July 23, 2004 |



Oral Argument                                                                April 2, 2004

It is FURTHER ORDERED that each combined opening and opposition memoranda shall be no more than 50 pages in length, and each reply memoranda shall be no more than 25 pages in length. The parties shall not file statements of material facts.

_____                         Wm M Hoeveler
Date                                            United States District Judge

Copies to:

Jonathan R. Lovvorn
Eric R. Glitzenstein
Meyer & Glitzenstein
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20016
(202) 588-5286

Mark A. Brown
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369

Norman Rave
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-2986

Adam J. Siegel
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663

Neil McAliley
White & Case

200 South Biscayne Blvd.
Miami, FL 33131

Lawrence R. Liebesman
Holland & Knight
2099 Pennsylvania Ave., NW
Washington, DC 20006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail on this ___ day of April, 2004 upon:

Jonathan R. Lovvorn, Esq.
Eric R. Glitzenstein, Esq.
Meyer & Glitzenstein
1601 Connecticut Ave., NW
Suite 700
Washington, DC 20009-1035

Paul J. Schwiep, Esq.
Aragon, Burlington, Weil, Schwiep,
Kaplan & Blonsky, P.A.
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133

Lawrence R. Liebesman, Esq.
Rafe Petersen, Esq.
Holland & Knight LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, DC 20006

T. Neal McAliley, Esq.
Douglas M. Halsey, Esq.
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352

Mark A. Brown
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369

Norman Rave
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

P.O. Box 23986
Washington, DC 20026-2986

Adam J. Siegel
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663