NIGHT BOX
FILED

JUN 14 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, NATIONAL PARKS CONSERVATION ASSOCIATION,

Plaintiffs,

v.

ROBERT B. FLOWERS, Chief of Engineers, U.S. Army Corps of Engineers, And STEVE WILLIAMS, Director, U.S. Fish and Wildlife Service,

Federal Defendants,

and

MIAMI-DADE LIMESTONE PRODUCTS ASSOCIATION, INC., VECELLIO & GROGAN, INC., TARMAC AMERICA LLC, FLORIDA ROCK INDUSTRIES, INC., SAWGRASS ROCK QUARRY, INC., APAC-FLORIDA, INC., and RINKER MATERIALS OF FLORIDA, INC.,

Intervening Defendants.

Civil Action No. 03-23427(WMH)

Hoeveler

**INTERVENING DEFENDANTS MIAMI-DADE LIMESTONE PRODUCTS ASSOCIATION, INC., VECELLIO & GROGAN, INC., TARMAC AMERICA LLC, FLORIDA ROCK INDUSTRIES, INC., SAWGRASS ROCK QUARRY, INC., AND APAC-FLORIDA, INC. MOTION FOR SUMMARY JUDGMENT**

35/65

Intervening Defendants Miami-Dade Limestone Products Association, Inc., Vecellio & Grogan, Inc., Tarmac America LLC, Florida Rock Industries, Inc., Sawgrass Rock Quarry, Inc., and APAC-Florida, Inc. (hereinafter collectively referred to as "Intervening Defendants"), by and through undersigned counsel, hereby move for summary judgment on all claims. There are no genuine issues of material fact in dispute, and Defendants are entitled to judgment as a matter of law.

Dated: June 14, 2004.

Respectfully Submitted,

WHITE & CASE LLP

Douglas M. Halsey
Florida Bar No. 288586
T. Neal McAliley
Florida Bar No. 273091
White & Case LLP
200 South Biscayne Blvd.
Miami, Florida 33131-2352
(305) 371-2700 (telephone)
(305) 358-5744 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Federal Express on this 14th day of June, 2004 upon:

Paul J. Schwiep, Esq.
ARAGON, BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, Florida 33133
Phone: 305/858-2900
Fax: 305/858-5261
Counsel for Plaintiffs

Mark Arthur Brown, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369 – Ben Franklin Station
Washington, D.C. 20044
Phone: 202/305-0204
Fax: 202/514-0097
Counsel for Federal Defendants

Lawrence R. Liebesman, Esq.
Rafe Petersen, Esq.
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006-1816
Phone: 202/955-3000
Fax: 202/955-5564
Counsel for Rinker Materials of Florida, Inc.

Jonathan R. Lovvorn, Esq.
MEYER & GLITZENSTEIN
Suite 700
1601 Connecticut Avenue, N.W.
Washington, D.C. 20009
Fax: 202/588-5049
Counsel for Plaintiffs

Norman Rave
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-2986

Adam J. Siegel
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663

WHITE & CASE, LLP

T. Neal McAliley, Esq.