Page 242

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SIERRA CLUB,

NATURAL RESOURCES
DEFENSE COUNSEL, and

NATIONAL PARKS
CONSERVATION ASSOCIATION,           ) Case No.
                                     ) 03-23427-CIV-WMH
            Plaintiffs,              )
                                     )
    -v-                              )
                                     )
ROBERT FLOWERS,                      )
STEVE WILLIAMS,                      )
                                     )
            Defendants,              )
                                     )
    and                              )
                                     )
RINKER MATERIALS OF                  )
FLORIDA, INC.,                       )
                                     )
            Defendant-Intervenor,    )
                                     )
    and                              )
                                     )
MIAMI-DADE LIMESTONE                 )
PRODUCTS ASS'N, Inc., et al.         )
                                     )
            Defendant-Intervenor.    ) Miami, Florida
                                     ) June 15, 2006

             VOLUME 2 - PAGES 242 - 472
      TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS
         BEFORE THE HONORABLE WILLIAM M. HOEVELER
                  U.S. DISTRICT JUDGE

Page 243

```
 1      Appearances:

 2      FOR PLAINTIFFS              Paul J. Schwiep, ESQ.
                                    Burlington, Schwiep, Kaplan &
 3                                  Blonsky, P.A.
                                    Office in the Grove, Penthouse
 4                                  2699 South Bayshore Drive
                                    Miami, FL  33133
 5

 6                                  Eric R. Glitzenstein, ESQ.
                                    Meyer, Glitzenstein & Crystal
 7                                  1601 Connecticut Avenue, N.W.
                                    Suite 700
 8                                  Washington, DC  20009

 9
                                    S. Ansley Samson, ESQ.
10

11                                  Stanley Alpert, ESQ.

12
        FOR DEFENDANTS              Mark A. Brown, ESQ.
13                                  U.S. Department of Justice
                                    Wildlife & Marine Resources Sec.
14                                  Environmental and Natural
                                    Resources Division
15                                  P.O. Box 7369
                                    Ben Franklin Station
16                                  Washington, DC  20044

17
                                    Norman L. Rave, ESQ.
18                                  U.S. Department of Justice
                                    Environmental and Natural
19                                  Resources Division
                                    Wildlife & Marine Resources Sec.
20                                  P.O. Box 22986

21                                  Washington, DC  20026-2986

22
                                    Michael Nachwalter, ESQ.
23                                  201 South Biscayne Boulevard
                                    1100 Miami Center
24                                  Miami, FL  33131

25
```

Page 244

1  Appearances (Cont...)

2  FOR DEFENDANTS            T. Neal McAliley, ESQ., and
                             Douglas M. Hasley, ESQ.
3                            White & Case, LLP
                             Wachovia Financial Center
4                            Suite 4900
                             200 South Biscayne Boulevard
5                            Miami, FL  33131-2352

6
                             Adam J. Siegel, ESQ.
7                            U.S. Department of Justice
                             Environmental and Natural
8                            Resources Division
                             P.O. Box 663
9                            Washington, DC  20044-0663

10
                             Lawrence R. Liebesman, ESQ.
11                           Holland & Knight, LLP
                             2099 Pennsylvania Avenue, N.W.
12                           Suite 100
                             Washington, DC  20006-1816
13

14                           Franklin G. Burt, ESQ., and
                             Richard J. Ovelmen, ESQ.,
15                           Jordan Burt LLP
                             777 Brickell Avenue, Suite 500
16                           Miami, FL  33131

17
                             John A. DeVault, III, ESQ., and
18                           Warren Tripp, ESQ.
                             Bedell, Dittmar, DeVault,
19                           Pillans & Coxe, P.A.
                             The Bedell Building
20                           101 East Adams Street
                             Jacksonville, FL  32202
21

22

23

24

25

```
                                                              Page 245
 1    Also Present:

 2                              Rafe Petersen, ESQ.

 3                              Martin Alexander, ESQ.
                                Holland & Knight
 4

 5                              Marlene Silverman, ESQ., and
                                Kerri Barsh, ESQ.
 6                              Greenberg Traurig

 7

 8

 9    Reporter                  Stephen W. Franklin, RMR, CRR
      (954)769-5687             Official Court Reporter
10                              701 Clematis Street, Suite 417
                                West Palm Beach, Florida  33401
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 03-23427-CV WMH
## DE#166

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____