UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-23427-CIV-HOEVELER

SIERRA CLUB, NATURAL
RESOURCES DEFENSE COUNCIL,
and NATIONAL PARKS
CONSERVATION ASSOCIATION,

      Plaintiffs,

v.

LT. GEN. CARL A. STROCK, Chief of
Engineers, United States Army Corps
of Engineers, and H. DALE HALL,
Director, United States Fish and Wildlife
Service

      Defendants,

and MIAMI-DADE LIMESTONE
PRODUCTS ASSOCIATION, INC., VECELLIO
& GROGAN, INC., TARMAC AMERICA LLC,
FLORIDA ROCK INDUSTRIES, INC., SAWGRASS
ROCK QUARRY, INC., APAC-FLORIDA, INC.,
RINKER MATERIALS OF FLORIDA, INC., KENDALL
PROPERTIES AND INVESTMENTS,

      Defendant-Intervenors.

_____/



FILED by _____ D.C.

AUG 16 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON SEVERAL PENDING MOTIONS

THIS CAUSE is before the Court upon a review of the file. It appears that several motions are still reported by the Clerk of Court as pending, despite the fact that this Court already has ruled on some of the motions during the evidentiary hearing (which will recommence on August 21), and others are moot in light of subsequent developments. Thus, to memorialize the Court's oral rulings and to clarify the status of



the multiple pending motions for the Clerk, the Court directs that the following motions be resolved as follows:

* Docket #109, requesting an order establishing discovery schedule, is DENIED as MOOT.

* Docket #117, requesting permission for Kendall Properties to file responses to Plaintiffs' motions, is GRANTED, and such responses shall be filed within ten (10) days of this order.

* Docket #118, requesting an enlargement of page limitation, is GRANTED, nunc pro tunc.

* Docket #128, asking that Plaintiffs' reply be stricken or that Defendant-Intervenors be permitted to file a sur-reply, is DENIED in part and GRANTED in part. The reply brief will not be stricken, but Defendant-Intervenors may file a sur-reply brief, and such brief must be flied within five (5) days of this order.

* Docket #136 - Miami-Dade County's request for a protective order is DENIED as MOOT, based upon the Court's understanding that these issues have been resolved.

* Docket #138 - South Florida Water Management District's request for protective order or to quash a subpoena is DENIED as MOOT, based upon the Court's understanding that these issues have been resolved.

* Docket #140, seeking limits on the evidentiary hearing, is DENIED.

* Docket #142, Plaintiffs' request for a protective order, is DENIED as MOOT, based upon the Court's understanding that these issues have been resolved.

* Docket #224, Plaintiffs' request to compel production of the electronic permit file is GRANTED, and it is the Court's understanding that such production now has occurred.

Finally, the parties are reminded that the evidentiary hearing will resume at 9:30 a.m. on Monday, August 21, and will continue through Thursday, August 24, then will resume again on Monday, August 28, and continue through Thursday, August 31. The

Court also has reserved September 25 - 28 in the event that further hearing dates are required.

DONE AND ORDERED in Chambers in Miami this 16th day of August 2006.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished:
Paul J. Schwiep
Eric Glitzenstein
Mark Arthur Brown
Norman Rave
Adam J. Siegel
Lawrence R. Liebesman / Rafe Petersen
Doug Halsey / Neal McAliley
Elliot H. Scherker / Edward George Guedes
Richard J. Ovelmen / Franklin G. Burt
John A. DeVault, III
Daniel H. Thompson / Gabriel H. Nieto

Roger B. Wood, Ass't General Counsel, FL-DOT
Gregory M. Munson, General Counsel, FL-DEP
Kirk D. DeLeon, Miami-Dade County Expressway Authority