UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-23427-CIV-HOEVELER

SIERRA CLUB, NATURAL
RESOURCES DEFENSE COUNCIL,
and NATIONAL PARKS
CONSERVATION ASSOCIATION,

    Plaintiffs,

v.

LT. GEN. CARL A. STROCK, Chief of
Engineers, United States Army Corps
of Engineers, and H. DALE HALL,
Director, United States Fish and Wildlife
Service

    Defendants,

and MIAMI-DADE LIMESTONE
PRODUCTS ASSOCIATION, INC., VECELLIO
& GROGAN, INC., TARMAC AMERICA LLC,
FLORIDA ROCK INDUSTRIES, INC., SAWGRASS
ROCK QUARRY, INC., APAC-FLORIDA, INC.,
RINKER MATERIALS OF FLORIDA, INC., KENDALL
PROPERTIES AND INVESTMENTS,

    Defendant-Intervenors.

_____/

## ORDER AMENDING BRIEFING SCHEDULE

THIS COURT has reconsidered the requests of the parties for certain amounts of time in which to file their proposed findings and conclusions regarding the evidentiary hearing which this Court began in June. While the record in this case is

substantial, comprising 32 days of testimony, 42 witnesses (more than 30 were live witnesses), and approximately 500 exhibits, it is nevertheless the case that the majority of the evidence was in the Court's record as of October 5, i.e., two months ago. (Indeed, only four witnesses have been presented since that date, and just a few exhibits.) In addition, transcripts of the hearing were available on a daily basis, and the parties referenced those transcripts and the specific exhibits during the closing arguments presented to the Court yesterday. Moreover, the parties have briefed the issues in this case, and those issues addressed in this hearing, on at least one prior occasion.

This case involves issues of tremendous public importance, and there is a pending request for emergency interim relief filed by Plaintiffs on April 26, 2006. While there are concerns about working near the end-of-year holidays, the Court finds that there are sufficient opportunities for the parties to complete their briefing in a shorter time frame than was previously announced. In light of all of the circumstances outlined above, the Court has determined that the following briefing schedule is more appropriate.

Plaintiffs' proposed findings and conclusions – or whatever format they wish to submit as a closing brief – shall be submitted no later than **December 18, 2006.** Defendants' proposed findings and conclusions – or whatever format they wish to submit as a closing brief – shall be submitted no later than **January 10, 2007.** Plaintiffs will have an opportunity to file a response to Defendants' submission, and such

response shall be filed no later than **January 17, 2007.**

DONE AND ORDERED in Chambers in Miami this ___7th___ day of December 2006.

*[signature]*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished:
Paul J. Schwiep
Eric Glitzenstein
Mark Arthur Brown
Norman Rave
Adam J. Siegel
Lawrence R. Liebesman / Rafe Petersen
Doug Halsey / Neal McAliley
Elliot H. Scherker / Edward George Guedes
Richard J. Ovelmen / Franklin G. Burt
John A. DeVault, III
Daniel H. Thompson / Gabriel H. Nieto

Roger B. Wood, Ass't General Counsel, FL-DOT
Gregory M. Munson, General Counsel, FL-DEP
Kirk D. DeLeon, Miami-Dade County Expressway Authority